```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES MURPHY,                                               :
                              Plaintiff,                    :
                                                            :        21 Civ. 9763 (LGS)
              -against-                                     :
                                                            :              ORDER
JENKINS JOHNSON NY LLC,                                     :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 18, 2022, (the "January 18, 2022, Order") required the parties to file by no later than January 20, 2022, (1) a proposed joint letter with the information outlined in the Order, dated December 1, 2021, Dkt. No. 6, and an explanation as to why they have not complied with the Court's deadlines and (2) a case management plan.  Plaintiff was further ordered that, if Plaintiff is not in communication with Defendant, Plaintiff shall file a letter requesting (1) adjournment of the initial pretrial conference for up to 30 days, and (2) a date prior to the conference to present an Order to Show Cause for default judgment and related papers as provided in the Court's Individual Rules.

WHEREAS, Plaintiff has not filed any letters.  It is hereby

**ORDERED** that Plaintiff shall file the letters directed in the January 18, 2022, Order by January 24, 2022.  Failure to comply with the Court's orders may result in sanctions, including dismissal of this case.

Dated: January 21, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**